IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NANCY LOZADA,

   *Plaintiff,*

   v.

LOUIS DEJOY, POSTMASTER GENERAL OF THE U.S. POSTAL SERVICE,

   *Defendant.*

CIVIL NO. 20-1674 (DRD)

## JUDGMENT

Pursuant to the Court's *Opinion and Order* (Docket No. 38) granting Defendant, Louis DeJoy, Postmaster General for the United States Postal Service's *Motion to Dismiss Amended Complaint* (Docket. No. 28), the Court hereby enters final judgment **DISMISSING** the instant case **WITH PREJUDICE.**

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 9th day of March, 2023.

*S/ Daniel R. Dominguez*
Senior U.S. District Judge